# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: PM Management-Killeen I NC, LLC, et al.,

        Debtors. §
           § Case No.: 24-30240 (sgj)

Russell F. Nelms, the Liquidating Trustee of the PM Management Liquidation Trust

        Plaintiff §
v.            § Adversary No.: 25-03049-sgj

Abri Health Services, LLC, et al.

        Defendants §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: **Fletcher, Adam, L.**
      *Last*     *First*     *MI*

2. Firm Name: **Baker & Hostetler LLP**

3. Address: **Key Tower, 127 Public Square, Suite 2000**
   **Cleveland, OH 44114**

4. Phone: **216-861-7517**  FAX: **216-696-0740**
   Email: **afletcher@bakerlaw.com**

5. Name used to sign *all* pleadings: **Adam L. Fletcher**

6. Retained by: **Yehudah Aryeh Zutler**

7. Admitted on **November 9, 2009** and presently a member in good standing of the bar of the highest court of the state of **Ohio** and issued the bar license number of **0085201**.

8. Admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| U.S. District Court for the Northern District of Ohio | 2010 |
| U.S. Bankruptcy Court for the Northern District of Ohio | 2010 |
| U.S. District Court for the Northern District of Illinois | 2019 |
| U.S. Court of Appeals for the Tenth Circuit | 2018 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☒ Yes ☐ No

    If "Yes," please provide details:

    In October of 2002, I was found guilty by the Court of Common Pleas for Miami County, Ohio of one count of first degree misdemeanor theft following a plea of no contest. I was ordered to pay restitution and sentenced to probation. My probation was terminated on March 13, 2003.

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    *Date of Application*            *Case No. and Style*

    _____        _____

    _____        _____

    _____        _____

13. Local counsel of record:  Tamara Baggett, Baker & Hostetler LLP

14. Local counsel's address:  2850 North Harwood Street, Suite 1100
    Dallas, TX 75201

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☐ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☒ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on 9/4/2025.

Adam L. Fletcher
Printed Name of Applicant

9/4/2025
Date

*Adam L. Fletcher*
Signature of Applicant