IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE:<br><br>PM Management-Killeen I NC LLC,<br>*et al.*,<br><br>　　　　Debtors. | Case No. 24-30240 (sgj)<br>(JOINTLY ADMINISTERED)<br><br>CHAPTER 11 (SUBCHAPTER V) |
| RUSSELL F. NELMS, the Liquidating Trustee of the PM Management Liquidation Trust,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ABRI HEALTH SERVICES, LLC; PM MANAGEMENT – FREDERICKSBURG NC, LLC; SCC EDINBURG LLC; WINDCREST SCC LLC; SENIOR REHAB SOLUTIONS LLC; ABRAHAM FRANKL; TINA HECHT; SENIOR CARE CENTER MANAGEMENT LLC; YEHUDAH ARYEH ZUTLER; EPHRAIM DIAMOND; and BARRY DERSHOWITZ.<br><br>　　　　Defendants. | ADV. PROC. NO. 25-03049-sgj |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing on Defendant Yehudah Aryeh Zutler's *Motion to Dismiss* [ECF No. 54] will be held on October 28, 2025 at 9:30 a.m. before the Honorable Stacey G.C. Jernigan, 1100 Commerce Street, 14th Floor, Courtroom 1, Dallas, Texas 75201.

Dated: September 10, 2025

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Adam L. Fletcher*
Adam L. Fletcher (Ohio Bar No. 0085201, *pro hac vice* admission pending)
127 Public Square #2000,
Cleveland, OH 44114
Telephone: 216.861.7517

Elizabeth A. Green (Florida Bar No. 600547)
200 South Orange Avenue
Suite 2300
Orlando, FL 32801
Telephone: 407.649.4036

Tamara Baggett (Texas Bar No. 24058573)
2850 N Harwood St Ste 1100
Dallas, TX 75201
Telephone: 214.210.1208

*Attorneys for Defendant Yehudah Aryeh Zutler*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 10, 2025, a true and correct copy of the foregoing document was served on counsel for all parties in accordance with the Federal Rules of Civil Procedure and/or the Federal Rules of Bankruptcy Procedure via the Court's CM/ECF system.

                                               */s/ Adam L. Fletcher*
                                               Adam L. Fletcher