

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 10, 2025**

_____
United States Bankruptcy Judge
_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re: | § | | |
| PM Management – Killeen I NC LLC | § | | |
| | § | Case No.: | 24–30240–sgj11 |
| Debtor(s) | § | Chapter No.: | 11 |
| Russell F. Nelms | § | | |
| Plaintiff(s) | § | Adversary No.: | 25–03049–sgj |
| vs. | § | | |
| Abri Health Services, LLC  et al. | § | | |
| Defendant(s) | § | | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Adam L. Fletcher**, to represent Yehudah Aryeh Zutler, related to document 52, **ORDERS** this application be:

☒ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non–Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #