

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 10, 2025**

_____
**United States Bankruptcy Judge**

_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| PM Management − Killeen I NC LLC | § | |
|  | § | Case No.:   24−30240−sgj11 |
| Debtor(s) | § | Chapter No.:   11 |
| Russell F. Nelms | § | |
| Plaintiff(s) | § | Adversary No.:   25−03049−sgj |
|   vs. | § | |
| Abri Health Services, LLC  et al. | § | |
| Defendant(s) | § | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Adam L. Fletcher**, to represent Yehudah Aryeh Zutler, related to document 52, **ORDERS** this application be:

☒ *Granted* − The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* − The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

Nelms,
    Plaintiff

Adv. Proc. No. 25-03049-sgj

Abri Health Services, LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 2
Date Rcvd: Oct 14, 2025      Form ID: pdf001      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Adam Fletcher, Baker & Hostetler LLP, Key Tower, 127 Public Square, Suite 2000, Cleveland, OH 44114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Oct 14 2025 23:28:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Oct 14 2025 23:28:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Oct 14 2025 23:28:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Oct 14 2025 23:28:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 14, 2025 | Form ID: pdf001 | Total Noticed: 5 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Baxter Ryan | on behalf of Defendant Abraham Frankel andy@ryanlawpartners.com |
| Elizabeth A. Green | on behalf of Defendant Abri Health Services  LLC egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com |
| Elizabeth A. Green | on behalf of Defendant Yehudah Aryeh Zutler egreen@bakerlaw.com  orlbankruptcy@bakerlaw.com |
| Kevin Colquitt | on behalf of Plaintiff Russell F. Nelms knc@sbaitilaw.com  tricia.tomasky@sbaitilaw.com |
| Mazin Ahmad Sbaiti | on behalf of Plaintiff Russell F. Nelms mas@sbaitilaw.com krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com;mgp@sbaitilaw.com |
| Robert Alan Bragalone | on behalf of Defendant Barry Dershowitz bbragalone@gordonrees.com  dhouser@gordonrees.com |
| Robert Alan Bragalone | on behalf of Defendant Ephraim Diamond bbragalone@gordonrees.com  dhouser@gordonrees.com |
| Scott D. Lawrence | on behalf of Defendant Abri Health Services  LLC scott.lawrence@wickphillips.com, brenda.ramirez@wickphillips.com;courtmail@wickphillips.com |

TOTAL: 8