BTXN 191 (rev. 10/24)

**GENERAL:** Use this form to order audio or transcript of proceedings. Complete a separate order form for each case number and/or date. Payment and delivery of transcripts is between the ordering party and the assigned transcriber. There is a $34 fee for the reproduction of an audio recording of a court proceeding which must be paid in advance to Clerk, US Bankruptcy Court.

**SUBMIT ORDER FORM:** Audio/Transcript order forms should be submitted electronically using the "Request for Transcript" event in ECF. When filing the request, e-filers should attach a completed Form BTXN-191 in pdf. Non-electronic filers may submit order forms by email to the appropriate address below.

Dallas & Wichita Falls: dal_transcript@txnb.uscourts.gov
Fort Worth      ftw_transcript@txnb.uscourts.gov
West Texas:     lub_transcript@txnb.uscourts.gov

**ITEM 1:** Specifies whether the order is for a copy of the audio from the proceeding or an official order of the transcript. Denote order with an "X" in the correct field.

**ITEM 2:** Input the date you are submitting the request to the Clerk's office.

**ITEM 3-13:** These items should always be complete. Only one case number, case name, and date of proceeding may be listed per order.

**ITEM 14:**

30-Day Transcript (Ordinary) ($4.40 per page) — A transcript to be delivered within thirty (30) calendar days after the receipt of an order request.

14-Day Transcript (Expedited) ($5.10 per page) — A transcript to be delivered within fourteen (14) calendar days after receipt of an order request.

7-Day Transcript (Expedited) ($5.85 per page) — A transcript to be delivered within seven (7) calendar days after receipt of an order request.

3-Day Transcript (Expedited) ($6.55 per page) — A transcript to be delivered within three (3) calendar days after receipt of an order request.

Next Day Transcript (Daily) ($7.30 per page) — A transcript to be delivered following the adjournment and prior to the normal opening hour of the court on the following day whether nor not it actually is a court day.

2-Hour Transcript (Hourly) ($8.70 per page) — A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours of receiving an order request.

**ITEM 15:** Select whether the request is for the entire hearing, court ruling, witness testimony, or other.

**ITEM 16-17:** Sign and date in this space to certify that you will pay all charges for the order.

BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST: <br> ☐ AUDIO      ☒ TRANSCRIPT | 2. DATE OF ORDER: <br> 10/28/25 | |
|---|---|---|

| 3. NAME: <br> Hallie Israel | 4. PHONE NUMBER: <br> 216-861-6164 | 5. EMAIL ADDRESS: <br> hisrael@bakerlaw.com |
|---|---|---|

| 6. MAILING ADDRESS: <br> 127 Public Square, Suite 2000 c/o Hallie Israel | 7. CITY: <br> Cleveland | 8. STATE: <br> OH | 9. ZIP CODE: <br> 44113 |
|---|---|---|---|

| 10. CASE NUMBER: <br> ADV. PROC. NO. 25-03049-sgj | 11. CASE NAME: <br> Russel F. Nelms v. Abri Health Services, et al. | 12. JUDICIAL OFFICIAL: <br> Hon. Stacey Jernigan | 13. DATE OF PROCEEDING: <br> FROM:   10  /28  / 25 |
|---|---|---|---|

14. ORDER:

| | ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|---|
| A. | ☐ | ☐ | ☒ | ☐ |
| | **14 DAY EXPEDITED** | **3 DAY EXPEDITED** | | |
| | ☐ | ☐ | | |

15. AUDIO/TRANSCRIPT REQUESTED  Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| ☒ Entire Hearing | |
| ☐ Court Ruling | |
| ☐ Witness Testimony | |
| ☐ Other: (Specify) | |
| | |
| | |

| CERTIFICATION <br> By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber). | 16. SIGNATURE: _Hallie Israel_ |
|---|---|
| | 17. DATE:  10/28/25 |