IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In RE: : | § | CHAPTER 11 (Subchapter V) |
| PM Management-Killeen I NC LLC, *et al.*[1] | § | Case No. 24-30240-sgj |
| Debtors. | § | Jointly Administered |
| RUSSELL F. NELMS, the Liquidating Trustee of the PM Management Liquidation Trust, | § | |
| Plaintiff, | § | |
| v. | § | Adv. Proc. No. 25-03049-sgj |
| ABRI HEALTH SERVICES, LLC; PM MANAGEMENT – FREDERICKSBURG NC, LLC; SCC EDINBURG LLC; WINDCREST SCC LLC; SENIOR REHAB SOLUTIONS LLC; ABRAHAM FRANKEL; TINA HECHT; MICHAEL JOSEPH; JUDAH ZUTLER; EPHRAIM DIAMOND; and BARRY DERSHOWITZ, | § | |
| Defendants. | § | |

**DEFENDANT ABRAHAM FRANKL'S ANSWER TO
TRUSTEE'S FIRST AMENDED ADVERSARY COMPLAINT**

Defendant, Abraham Frankl ("Defendant" or "Frankl") hereby answers the First Amended Adversary Complaint filed by Plaintiff Russell F. Nelms, the Liquidating Trustee of the PM Management Liquidation Trust ("Plaintiff" or "Trustee") established in the bankruptcy case for PM Management – Killeen I NC LLC, PM Management – Killeen II NC LLC, PM Management – Killeen III NC LLC, and PM Management – Portfolio VIII NC LLC (collectively, the "Debtors") as follows:

---

[1] The Debtors in these subchapter V chapter 11 cases, along with the last four digits of each Debtor's EIN are: PM Management – Killeen I NC LLC (3105), PM Management – Killeen NC LLC (3179), PM Management – Killeen III NC LLC (3245), and PM Management – Portfolio VIII NC LLC (3048).

## PRELIMINARY STATEMENT

Frankl respectfully reserves the right to amend, or to seek leave to amend, this filing pursuant to applicable Federal Rules of Civil Procedure ("FRCP") and Federal Rules of Bankruptcy Procedure ("FRBP").

## I.
## INTRODUCTION

1. Admit.

2. Admit.

3. Admits that Abri owned the Debtors until confirmation of their bankruptcy plan; otherwise, deny.

4. Deny.

5. Deny.

6. Deny.

7. Deny.

8. Deny.

9. Deny.

10. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

11. Deny.

12. To the extent this allegation is directed at Frankl, deny.

## II.
## PARTIES, JURISDICTION, AND VENUE

13. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

14. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

15. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

16. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

17. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

18. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

19. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

20. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

21. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

22. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

23. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

24. Admit that Frankl is an individual resident of New York; otherwise, deny.

25. Deny. Frankl specifically reserves his rights to a jury trial on all claims against him.

26. Deny.

27. Admit.

## III.
## PROCEDURAL BACKGROUND

28. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

29. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

30. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

31. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

32. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

33. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

34. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

35. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

36. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

37. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

38. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

39. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

## IV.
## FACTUAL BACKGROUND

40. Admit.

41. Deny.

42. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

43. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

44. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

45. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

46. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

47. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

48. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

49. Deny.

50. Deny.

51. Admits that Tina Hecht was CEO of Abri beginning in March 2023 until January 2024; otherwise, deny.

52. Deny.

53. Deny.

    A.    **DENY.**

54. Admit that the Debtors were involved in prior bankruptcies; otherwise, deny.

55. Deny.

56. Deny.

57. Deny.

58. Deny.

59. Deny.

60. Deny.

61. Deny.

62. Deny.

63. Admits that Kevin O'Halloran ("O'Halloran") was the Debtors' chief restructuring officer at the time he filed the referenced declaration and admit there were negotiations with the Debtors' landlord and an executed LOI prior to the bankruptcy cases; otherwise, deny.

64. Deny.

65. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

66. Deny.

67. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

68. Deny.

69. Admit the Landlord instituted a receivership against the Debtors; otherwise, deny.

70. Admit.

71. Admit.

72. Deny.

73. Deny.

74. Deny.

75. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

76. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

77. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

78. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

79. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

80. Deny.

81. Deny.

    B. **DENY.**

82. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

83. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

84. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

85. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

86. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

87. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

88. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

### C. DENY.

89. Admit.

90. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

91. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

92. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

93. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

94. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

95. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

96. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

**D.    DENY.**

97. Admit.

98. Admit.

99. Admit.

100. Admit the first sentence of Paragraph 100; otherwise, deny.

101. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

102. Admit.

103. Admit.

104. Admit the facts alleged, but not the characterization given to them.

105. Admit the facts alleged, but not the characterization given to them.

106. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

107. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

108. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

109. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

110. Frankl lacks the information or knowledge sufficient to answer this paragraph, which has the effect of a denial.

# V.
# CAUSES OF ACTION

**COUNT ONE: REQUEST FOR TURNOVER AND ACCOUNTING**
**Against Abri, the Fredericksburg Facility, the Edinburg Facility, Senior Rehab, and Senior Care**

111. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

112. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

113. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

114. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

115. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

**COUNT TWO: TORTIOUS INTERFERENCE**
**Against Frankl, Diamond and Dershowitz**

116. Frankl incorporates his response all preceding paragraphs.

117. Deny.

118. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

119. Deny.

120. Admit.

121. Deny.

122. Deny.

123. Deny.

124. Deny.

125. Deny.

126. Deny.

127. Deny.

128. Deny.

**COUNT THREE: NEGLIGENCE AND GROSS NEGLIGENCE**
**Against Abri, Frankl, Hecht, Joseph, Zutler, Diamond and Dershowitz**

129. Frankl incorporates his response all preceding paragraphs.

130. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

131. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

132. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

133. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

134. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

135. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

136. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

137. Deny.

138. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

139. Deny.

140. Deny.

141. Deny.

**COUNT FOUR: BREACH OF FIDUCIARY DUTIES**
**Against Abri, Hecht, Diamond and Dershowitz, Frankl, and Zutler**

142. Frankl incorporates his response all preceding paragraphs.

143. Deny.

144. Deny.

145. Deny.

146. Deny.

147. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

148. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

149. Deny, including all sub-parts.

150. Deny.

151. Deny.

152. Deny.

153. Deny.

154. Deny.

155. Deny.

156. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

157. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

158. Deny.

**COUNT SIX: AVOIDANCE OF SECTIONS 544(B) AND 548 TRANSFERS AND, ALTERNATIVELY, 547 TRANSFERS**
**Against Abri, the Fredericksburg Facility, the Edinburg Facility, and Senior Rehab**

159. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

160. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

161. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

162. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

163. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

164. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

165. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

166. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

**COUNT SEVEN: RECOVERY OF AVOIDABLE POST-PETITION TRANSFERS UNDER SECTION 549**
**Against Abri, the Fredericksburg Facility, the Edinburg Facility, Senior Rehab, and Senior Care**

167. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

168. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

**COUNT EIGHT: RECOVERY OF AVOIDED TRANSFERS UNDER SECTION 550**
**Against Abri, Senior Rehab, Fredericksburg, Edinburg, and Senior Care**

169. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

170. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

171. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

172. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

**COUNT NINE: CONDITIONAL REQUEST FOR RELIEF FROM CASH COLLATERAL ORDER**

173. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

174. This allegation is not directed at Frankl and therefore does not require an answer from him under either FRBP or FRCP.

**VI.**
**REQUESTED RELIEF**

Plaintiff's requested relief does not contain any allegations. Regardless, deny.

## VII.
## AFFIRMATIVE DEFENSES

1. The First Amended Complaint fails to state a claim for relief as required by FRCP 12.

2. The Trustee's claims are barred, in whole or in part, under the business judgment rule.

3. The Trustee's claims are barred, in whole or in part, by the doctrines of ratification, waiver, and estoppel.

4. The Trustee's claims are barred, in whole or in part, by the defense of justification.

5. The Trustee's claims are barred, in whole or in part, by the economic loss rule.

6. The Trustee's claims are barred, in whole or in part, by the doctrine of unclean hands.

7. The Trustee's claims are barred, in whole or in part, by the doctrine of contributory negligence.

8. The Trustee's claims are barred, in whole or in part, by the failure to mitigate damages.

## PRAYER FOR RELIEF

WHEREFORE, Frankl prays for judgment as follows:

1. That all relief requested in the Complaint be denied;

2. That Debtors take nothing by this action;

3. That the Complaint be dismissed, with prejudice;

4. That judgment be entered against Debtors in favor of Frankl;

5. That Frankl be awarded its costs of suit, including, without limitation, reasonable attorneys' fees and expert witness fees; and

6.  For such other and further relief as the Court may deem just and proper.

Dated: October 30, 2025

Respectfully submitted,

/s/ *Andrew B. Ryan*
Andrew B. Ryan
Texas Bar No. 24054464
Mitchell R. Garrett
Texas Bar No. 24101795
Sarah E. Long
Texas Bar No. 24143704
**RYAN LAW PARTNERS LLP**
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
T: (214) 347-7377
F: (888) 594-6240
E: andy@ryanlawpartners.com
E: mitch@ryanlawpartners.com
E: sarah@ryanlawpartners.com

*Counsel for Defendant Frankl*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I electronically filed the foregoing with the clerk of the court using the CM/ECF system and have served a copy of the same to the following parties or their counsel via the method(s) indicated below:

/s/ *Andrew B. Ryan*
Andrew B. Ryan